# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MAX PARKER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAID TO THINK INC., f/k/a MY LEGAL ACADEMY, REDWOOD MERIDIAN LLC, d/b/a MY LEGAL ACADEMY, and ANDREY LYUTYKH<br><br>Defendants. | Case No. 2:25-cv-10756-GW-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.



DATED: ____MAY 18____, 2026     _____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1

STIPULATED PROTECTIVE ORDER